IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEFINO VELARDE and CARMELITA MENDOZA VELARDE,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK N.A., GOLDPOINTE FINANCIAL SERVICES, FIRST AMERICAN LOANSTAR SERVICES, LLC, and DOES 1 to 100.<br><br>Defendants.<br>_____ / | No. C 10-1400 WHA<br><br>**ORDER SETTING HEARING ON APPLICATION FOR TRO** |

On the condition that this order is immediately served along with the summons and complaint on defendants, the proposed sale of the subject residence located at 185 Castillejo Drive in Daly City is temporarily restrained pending a hearing on **WEDNESDAY, APRIL 7, 2010, AT 2:00 P.M.** Plaintiffs must make sure defendants are present or that immediate notice of this order was given. Plaintiffs should be prepared to post a bond at the hearing, the amount to be determined.

**IT IS SO ORDERED.**

Dated: April 2, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE